UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                    ORDER
v.                                   11-CR-381A

VICTOR MARSHALL, et al.,

                            Defendants.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On November 9, 2012, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant Alexy Diaz's motion for suppression of evidence and statements be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant Alexy Diaz's motion for suppression of evidence and statements is denied.

        The case is referred back to Magistrate Judge McCarthy for further proceedings.

        SO ORDERED.

                                          *s/ Richard J. Arcara*
                                          HONORABLE RICHARD J. ARCARA
                                          UNITED STATES DISTRICT JUDGE

DATED: November 28, 2012